1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MAYA KARWANDE (CABN 295554)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7256
7       FAX: (415) 436-7234
        Maya.Karwande@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

                                SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )   NO. CR 20-00255-JCS
                                        )
14         Plaintiff,                   )   STIPULATION TO CONTINUE HEARING TO
                                        )   DECEMBER 4, 2020 AND TO EXCLUDE TIME
15     v.                               )   FROM NOVEMBER 20, 2020 TO DECEMBER 4,
                                        )   2020 AND [PROPOSED] ORDER
16  BRIAN DAVID LITTLE, JR.,            )
                                        )
17         Defendant.                   )
                                        )
18

19     A change of plea and sentencing hearing is currently set in the above captioned matter for

20  November 20, 2020 at 11:00 AM.  It is hereby stipulated by and between counsel for the United States

21  and counsel for the defendant, Brian David Little that the hearing set for November 20, 2020 be

22  continued to December 4, 2020 at 10:30 AM and that the time from November 20, 2020 and December

23  4, 2020 be excluded under the Speedy Trial Act.

24     The parties stipulate and agree that excluding time until the next status conference will allow for

25  the effective preparation of counsel as the parties are currently finalizing a plea agreement. *See* 18

26  U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by

27  excluding the time from November 20, 2020 through December 4, 2020 from computation under the

28  Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

    STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
    Case No. CR   20-00255-JCS                                                              v. 7/10/2018

§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 20, 2020

/s/
Maya Karwande
Assistant United States Attorney

DATED: November 20, 2020

/s/
Graham Archer
Counsel for Defendant Brian David Little, Jr.

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court orders the hearing set for November 20, 2020 be continued to December 4, 2020 at 10:30 AM. The Court further finds that failing to exclude the time from November 20, 2020 through December 4, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 20, 2020 through December 4, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the November 20, 2020 status conference is continued to December 4, 2020 and the time from November 20, 2020 through December 4, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 20, 2020

Hon. Joseph C. Spero
United States Chief Magistrate Judge